198 So. 876

**Claud KELLER v. STATE.**

**8 Div. 34.**

Court of Appeals of Alabama.

Nov. 6, 1940.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.